1   LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
2   Jeffrey I. Schwarzschild, SBN 192086
2001 P Street, Suite 100
3   Sacramento, CA 95814
Telephone: 916/443-6911
4   Facsimile: 916/447-8336
E-Mail: mark@markmerin.com
5
6   Attorneys for Plaintiffs

7                            —o0o—

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10                           —o0o—

11  PETER ROSE; ASHLEY ROSE, a minor, by          CASE NO:   CIV.S.05-2208 GEB/PAN
    and through her Guardian Ad Litem, her
12  custodial parent, Peter Rose; BRITNEY         **PETITION AND ORDER FOR**
    ROSE, a minor, by and through her Guardian    **APPOINTMENT OF GUARDIAN AD**
13  Ad Litem, her custodial parent, Peter Rose;   **LITEM**
    and PETE ROSE Jr., a minor, by and through
14  his Guardian Ad Litem, his custodial parent,
    Peter Rose,
15
16          Plaintiffs,

17  vs.

18  SAN JOAQUIN COUNTY; SAN JOAQUIN
    COUNTY DEPUTY DISTRICT
19  ATTORNEY KEVIN MAYO; and, DOES 1
    THROUGH 25,
20
21          Defendants.

22          Petitioner, Britney Rose, states as follows:

23          1.      I am a minor of the age of 11 years.

24          2.      I have filed an action in this Court against defendants SAN JOAQUIN COUNTY,

25  SAN JOAQUIN COUNTY DEPUTY DISTRICT ATTORNEY KEVIN MAYO, and DOES 1

26  THROUGH 25, for defendants', and each of their, involvement in the deprivation of my liberty

27  interest in the continued companionship and society of my father as guaranteed by the Fourteenth

28  Amendment.

1    3.    I have no general guardian and no previous petition for appointment of a guardian ad

2  litem has been filed in this matter.

3    4.    Peter Rose, my natural father, whose address is Post Office Box 224, Point Arena,

4  CA 95468, is a competent and responsible person, and fully competent to act as my guardian ad

5  litem.

6    5.    Peter Rose is willing to act as guardian ad litem for petitioner, as appears by his

7  consent attached hereto.

8    WHEREFORE, petitioner moves this Court for an order appointing PETER ROSE as

9  guardian ad litem of petitioner for the purpose of bringing this action against defendant SAN

10  JOAQUIN COUNTY, SAN JOAQUIN COUNTY DEPUTY DISTRICT ATTORNEY KEVIN

11  MAYO. and DOES 1 THROUGH 25 on the claim hereinabove stated.

12    I, Britney Rose, verify that I have read the petition and know the contents thereof, and state

13  that the statements therein are true and correct of my own personal knowledge.  This declaration was

14  made this 11th day of December 2005, in Point Arena, California.

15                              /s/ - "Britney Rose"

16  _____
                              Britney Rose

17                              CONSENT OF NOMINEE

18    I, Peter Rose, the nominee of the Petitioner, consent to act as guardian ad litem for

19  the minor petitioner in the above action.

20  DATED: December 11, 2005

21                              /s/ - "Peter Rose"

22  _____
                              PETER ROSE

23  DATED: December 14, 2005          Respectfully submitted,

24                              LAW OFFICE OF MARK E. MERIN

25

26                              /s/ - "Mark E. Merin"
                      BY:_____

27                              Mark E. Merin
                              Attorney for Petitioner Britney Rose

28

1

**ORDER**

2    The petition for an order appointing Peter Rose as guardian ad litem for petitioner Britney

3  Rose is GRANTED.

4    IT IS SO ORDERED.

5

DATED:   December 16, 2005

6

                                        /s/ Garland E. Burrell, Jr.
7                                        GARLAND E. BURRELL, JR.
                                        United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAGE 3

PETER J. ROSE, et al. v. SAN JOAQUIN COUNTY, et al.                                              USDC, Eastern District, Case No. CIV. CIV.S.05-2208 GEB/PAN
PETITION FOR ORDER AND APPOINTMENT OF GUARDIAN AD LITEM OF BRITNEY ROSE

1