IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER ROSE; ASHLEY ROSE, a minor, )
by and through her Guardian Ad    )
Litem, her custodial parent,      )
Peter Rose; BRITNEY ROSE, a minor, )
by and through her Guardian Ad    )
Litem, her custodial parent,      )
Peter Rose; and PETE ROSE, JR., a )
minor, by and through his Guardian )
Ad Litem, his custodial parent,   )
Peter Rose,                       )
                                  )      2:05-cv-2208-GEB-PAN
                   Plaintiffs,    )
                                  )
          v.                      )      **ORDER RELATING CASES**
                                  )
SAN JOAQUIN COUNTY; SAN JOAQUIN   )
COUNTY DEPUTY DISTRICT ATTORNEY   )
KEVIN MAYO; and DOES 1 THROUGH 25, )
                                  )
                   Defendants.    )
                                  )
          v.                      )      2:05-cv-2229-GEB-DAD
                                  )
CITY OF LODI CALIFORNIA; MATTHEW  )
FOSTER; ERNEST A. NIES, JR.; and  )
DOES 1 THROUGH 25,                )
                                  )
                   Defendants.    )
                                  )
          v.                      )
                                  )
CALIFORNIA DEPARTMENT OF JUSTICE; )
KATHLEEN CIULA, in her individual )      2:05-cv-2232-DFL-KJM
and official capacity; and DOES   )
1 THROUGH 25,                     )
                                  )
                   Defendants.    )

On December 21, Defendant Kathleen Ciula filed a "Notice of

Related Cases" in the above actions.  Examination of the actions

1

1  reveals they are related within the meaning of Local Rule 83-123(a).

2  Accordingly, the assignment of the actions to the same judge and

3  magistrate judge is likely to effect a substantial savings of judicial

4  effort and is also likely to be convenient for the parties.

5         The parties should be aware that relating the cases under

6  Local Rule 83-123 merely results in the actions being assigned to the

7  same judge and magistrate judge; no consolidation of the actions is

8  effected.  Under the regular practice of this court, related cases are

9  generally assigned to the judge and magistrate judge to whom the first

10 filed action was assigned.

11        Therefore, action numbers 2:05-cv-2229-GEB-DAD and 2:05-cv-

12 2232-DFL-KJM are reassigned to Judge Garland E. Burrell, Jr., and

13 Magistrate Judge Peter A. Nowinski for all further proceedings.

14 Henceforth, the caption on documents filed in the reassigned cases

15 shall show the action numbers as  "2:05-cv-2229-GEB-PAN" and "2:05-cv-

16 2232-GEB-PAN," respectively.  Further, any dates currently set in the

17 reassigned cases only are VACATED and the Clerk of Court is directed

18 to issue an Order Setting Status (Pretrial Scheduling) Conference in

19 each reassigned case.

20        IT IS FURTHER ORDERED that the Clerk of the Court make

21 appropriate adjustment in the assignment of civil cases to compensate

22 for this reassignment.

23

24 DATED:  December 27, 2005

25                              /s/ Garland E. Burrell, Jr.
                               GARLAND E. BURRELL, JR.
26                             United States District Judge

27

28

2