IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER ROSE; ASHLEY ROSE, a minor,   )
by and through her Guardian Ad      )
Litem, her custodial parent,        )    2:05-cv-2208-GEB-PAN
Peter Rose; BRITNEY ROSE, a minor,  )
by and through her Guardian Ad      )
Litem, her custodial parent,        )    ORDER
Peter Rose; and PETE ROSE, JR., a   )
minor, by and through his Guardian  )
Ad Litem, his custodial parent,     )
Peter Rose,                         )
                                    )
               Plaintiffs,          )
                                    )
     v.                             )
                                    )
SAN JOAQUIN COUNTY; SAN JOAQUIN     )
COUNTY DEPUTY DISTRICT ATTORNEY     )
KEVIN MAYO; and DOES 1 THROUGH 25,  )
                                    )
               Defendants.          )
_____)

      The dismissal motion filed on December 22, 2005, cites Rose v. Knowles, 2:01-cv-1423-LKK-DAD, to which this action may be related.  Therefore, the movants shall comply with Local Rule 83-123(b) no later than January 9, 2006, or, alternatively, explain in a filing due January 9, 2006, why sanctions should not be imposed

1

on the movants and/or their counsel for the failure to comply with Local Rule 83-123(b).[1]

In order to provide time for decision on the notice of related case issue, the movants' dismissal motion is rescheduled for hearing on March 13, 2006, at 9:00 a.m.

IT IS SO ORDERED.

DATED:   December 29, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] If the movants elect to file a Notice of Related Case document, they should see the Order filed December 27, 2005.

2