```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  PETER J. ROSE,
12                    Petitioner,
13           v.                        CIV. NO. S-01-1423 LKK DAD P
14  M. KNOWLES, Warden,                NON-RELATED CASE ORDER
15                    Respondent.
                                    /
16
    PETER ROSE; ASHLEY ROSE, a minor,
17  by and through her Guardian Ad
    Litem, her custodial parent, Peter
18  Rose; BRITNEY ROSE, a minor, by
    and through her Guardian Ad Litem,  CIV. NO. S-05-2208 GEB PAN
19  her custodial parent, Peter Rose;
    and PETER ROSE JR., a minor,
20  by and through his Guardian
    Ad Litem, his custodial parent,
21  Peter Rose,
22                    Plaintiffs,
23           vs.
24  SAN JOAQUIN COUNTY; SAN JOAQUIN
    COUNTY DEPUTY DISTRICT ATTORNEY
25  KEVIN MAYO; and DOES I THROUGH 25,
26                    Defendants.
                                    /
```

```
 1  PETER ROSE; ASHLEY ROSE, a minor,
    by and through her Guardian Ad
 2  Litem, her custodial parent, Peter
    Rose; BRITNEY ROSE, a minor, by
 3  and through her Guardian Ad Litem,    CIV. NO. S-05-2229 GEB DAD
    her custodial parent, Peter Rose;
 4  and PETER ROSE JR., a minor,
    by and through his Guardian
 5  Ad Litem, his custodial parent,
    Peter Rose
 6
                    vs.
 7
    CITY OF LODI CALIFORNIA; MATTHEW
 8  FOSTER; ERNEST A. NIES, JR.; and
    DOES I THROUGH 25,
 9
                    Defendants.
10  _____/

11  PETER ROSE; ASHLEY ROSE, a minor,
    by and through her Guardian Ad
12  Litem, her custodial parent, Peter
    Rose; BRITNEY ROSE, a minor, by
13  and through her Guardian Ad Litem,    CIV. No. S-05-2232 DFL KJM
    her custodial parent, Peter Rose;
14  and PETER ROSE JR., a minor,
    by and through his Guardian
15  Ad Litem, his custodial parent,
    Peter Rose
16                  vs.

17  CALIFORNIA DEPARTMENT OF JUSTICE;
    KATHLEEN CIULA, in her individual
18  and official capacity; and DOES
    I THROUGH 25,
19
                    Defendants.
20  _____/
```

The court has received the Notice of Related Cases concerning the above-captioned cases filed January 10, 2006.  <u>See</u> Local Rule 83-123, E.D. Cal. (1997).  The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.  This order is issued for informational purposes only, and shall have no effect on the status of the

1 cases, including any previous Related (or Non-Related) Case Order
2 of this court.[1]
3     IT IS SO ORDERED.
4 DATED: February 7, 2006.

                          /s/Lawrence K. Karlton
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT

---

[1] The court record reflects that the magistrate judge filed findings and recommendations in case No. CIV S-01-1423 LKK DAD P, a habeas corpus action, recommending that the petition be denied. This court did not adopt or reject the findings and recommendations, but, instead, issued an order dismissing the case because the petitioner had been found factually innocent in state court. The three civil lawsuits sought to be related to the habeas corpus action request damages for alleged civil rights abuses in connection with the petitioner's criminal trial; the issues raised therein are not related to the claims raised in the petition for writ of habeas corpus. Under these circumstances, it is not necessary or appropriate to relate the civil damages actions to the habeas action. See Local Rule 83-123(a), E.D. Cal. (1997).