
LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone: 916/443-6911
Facsimile: 916/447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiffs

—o0o—

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| PETER ROSE, et al.,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF JUSTICE; KATHLEEN CIULA, in her individual and official capacity; and, DOES 1 THROUGH 25,<br><br>　　　Defendants. | CASE NO:  CIV.S.05-2232 GEB/EFB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE [Fed. R. Civ. Proc. 41(a)(1)]** |
| PETER ROSE, et al.,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>CITY OF LODI, CALIFORNIA, et al.,<br><br>　　　Defendants. | CASE NO:  CIV.S.05-2229 GEB/EFB |
| PETER ROSE, et al.,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>SAN JOAQUIN COUNTY; SAN JOAQUIN COUNTY DEPUTY DISTRICT ATTORNEY KEVIN MAYO; and, DOES 1 THROUGH 25,<br><br>　　　Defendants. | CASE NO:  CIV.S.05-2208 GEB/PAN |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs PETER ROSE, ASHLEY ROSE, a minor, by and through her Guardian Ad Litem, her custodial parent, Peter Rose, BRITNEY ROSE, a minor, by and through her Guardian Ad Litem, her custodial parent, Peter Rose, and PETE ROSE Jr., a minor, by and through his Guardian Ad Litem, his custodial parent, Peter Rose, and Defendants KATHLEEN CIULA, CITY OF LODI, CALIFORNIA, MATTHEW FOSTER, ERNEST A. NIES, JR., SAN JOAQUIN COUNTY, and SAN JOAQUIN COUNTY DEPUTY DISTRICT ATTORNEY KEVIN MAYO, by and through their undersigned counsel, that any and all claims against Defendants be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED: February 28, 2007         Respectfully submitted,

                                        LAW OFFICE OF MARK E. MERIN

                                             /s/ - "Mark E. Merin"
BY: _____
                                           Mark E. Merin
                                           Attorneys for Plaintiffs

DATED: February 28, 2007         Respectfully submitted,

                                        BILL LOCKYER, ATTORNEY GENERAL
                                        STATE OF CALIFORNIA

                                           /s/ - "James C. Phillips"
By: _____
                                           James C. Phillips, Deputy Attorney
                                         Attorneys for Defendant
                                         KATHLEEN CIULA

DATED: February 28, 2007         Respectfully submitted,

                                        D. STEPHEN SCHWABAUER
                                        CITY ATTORNEY
                                        CITY OF LODI

                                           /s/ - "Janice D. Magdich"
BY: _____
                                         Janice D. Magdich
                                         Deputy City Attorney
                                         Attorneys for Defendant, CITY OF LODI

| | | |
|---|---|---|
| 1 | DATED: February 28, 2007 | Respectfully submitted, |
| 2 | | ANGELO, KILDAY & KILDUFF |

```
                                    /s/ - "Bruce A. Kilday"
                              BY:_____
                                    Bruce A. Kilday
                                    Attorneys for Defendant, CITY OF LODI
```

DATED: February 28, 2007         Respectfully submitted,

                                 SCOTT & NICHOLS

```
                                    /s/ - "William S. Scott"
                              BY:_____
                                    William S. Scott
                                    Attorneys for Defendants, MATTHEW
                                    FOSTER and ERNEST A. NIES, JR.
```

Dated:  February 28, 2007        Respectfully submitted,

                                 HAAPALA, ALTURA, THOMPSON & ABERN, LLP

```
                                    /s/ - "Rebecca S. Widen"
                              By:_____
                                    Rebecca S. Widen
                                    Attorneys for Defendants
                                    SAN JOAQUIN COUNTY and
                                    SAN JOAQUIN COUNTY DEPUTY
                                    DISTRICT ATTORNEY KEVIN MAYO
```

## ORDER

**IT IS SO ORDERED.**

Dated:  February 28, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

PETER J. ROSE, et al. v. KATHLEEN CIULA, et al.
PAGE 3
STIPULATION AND ORDER FOR DISMISSAL
USDC, Eastern District, Case No. 05-2232 GEB/EFB